UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HERNANDEZ, GEORGE P | § | Case No. 09-12030 MB |
| HERNANDEZ, ROSEANN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  CLERK OF THE U.S. BANKRUPTCY COURT
                  219 S. DEARBORN STREET
                  CHICAGO, IL 60604
                  Attn:  Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/4/2010 in Courtroom 250,
                  United States Courthouse
                  Old Kane County Courthouse
                  100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HERNANDEZ, GEORGE P § Case No. 09-12030 MB
HERNANDEZ, ROSEANN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,002.18 |
| and approved disbursements of | $ | 23,929.69 |
| leaving a balance on hand of[1] | $ | 16,072.49 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: THOMAS E. SPRINGER, TRUSTEE | $ 4,000.22 | $ 0.00 |
| Attorney for trustee: Thomas E. Springer | $ 3,539.00 | $ 76.28 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 260.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,101.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 8,816.57 | $ 1,802.17 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 5,837.60 | $ 1,193.24 |
| 3 | Chase Bank USA, N.A. | $ 561.38 | $ 114.75 |
| 4 | Chase Bank USA, N.A. | $ 2,558.32 | $ 522.94 |
| 5 | Chase Bank USA, N.A. | $ 5,050.02 | $ 1,032.26 |
| 6 | Spirit of Amer. Nat'l Bank/Lane Bryant | $ 197.30 | $ 40.33 |
| 7 | GE Money Bnk dba JCPenney Credit Serv. | $ 375.31 | $ 76.72 |
| 8 | Chase Bank USA, N.A. | $ 402.03 | $ 82.18 |
| 9 | GE Money Bank dba Lencrafters/GEMB | $ 396.73 | $ 81.09 |
| 10 | U.S. Bank N.A. | $ 378.68 | $ 77.40 |
| 11 | Fia Card Services, NA/Bank of America | $ 15,527.43 | $ 3,173.91 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Thomas E. Springer /s/

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mjerdine              Page 1 of 2                  Date Rcvd: Oct 20, 2010
Case: 09-12030                 Form ID: pdf006             Total Noticed: 28
```

The following entities were noticed by first class mail on Oct 22, 2010.
```
db/jdb        +George P Hernandez,   Roseann Hernandez,   1955 Waverley Way,   Montgomery, IL 60538-4137
aty           +Derrick B Hager,   Derrick B Hager, P.C.,   106 W Wilson St Suite 3 L,   Batavia, IL 60510-2997
aty           +Michele M Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
aty           +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
tr            +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
13746537      +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
13746538       Carson Pirie Scott,   Retail Services,   PO Box 17264,   Baltimore, MD 21297-1264
13746539      +Chase - Cc,   Attention: Bankruptcy Department,   Po Box 15298,   Wilmington, DE 19850-5298
14921028       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14989502      +Chase Bank USA, N.A.,   C/O Creditors Bankruptcy Service,   P.O. Box 740933,
                Dallas, TX 75374-0933
13746540      +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13746541      +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
                Simi Valley, CA 93062-5170
14949310     ++HARRIS NA,   3800 GOLF RD SUITE 300,   ROLLING MEADOWS IL 60008-4005
               (address filed with court:  Harris NA,    Attention Bankruptcy Department,
                3800 West Golf Road Suite 300,   Rolling Meadows IL 60008)
13746545      +Harris Bank (Mort./Autos),   Attn: Bankruptcy Department,   3800 Golf Rd. #300,
                Rolling Meadows, IL 60008-4037
13746548      +Lane Bryant Retail/soa,   450 Winks Ln,   Bensalem, PA 19020-5932
13746549      +Our 365 Portraits,   23 Vreeland Rd. Suite 160,   Florham Park, NJ 07932-1514
14958743       SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,   FIRST EXPRESS,   PO BOX 856132,
                LOUISVILLE, KY  40285-6132
15159073     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank N.A.,    P.O. Box 5229,   Cincinnati, OH 45201)
13746550     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  Us Bank,    Attn: Bankruptcy Dept.,   P.O. Box 5229,
                Cincinnati, OH 45201)
13746551      +Victoria's Secret,   Po Box 182273,   Columbus, OH 43218-2273
```

The following entities were noticed by electronic transmission on Oct 20, 2010.
```
14877640       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2010 03:19:06      DISCOVER BANK,
                DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13746542      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2010 03:19:06      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
15247727       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2010 03:18:37
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
14983672      +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2010 03:24:24
                GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15087505      +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2010 03:24:24      GE Money Bank dba LENSCRAFTERS/GEMB,
                Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13746543      +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2010 03:24:24      GEMB / HH Gregg,
                Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13746544      +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2010 03:24:24      Gemb/jcp,   Attention: Bankruptcy,
                Po Box 103106,   Roswell, GA 30076-9106
13746547      +E-mail/PDF: cr-bankruptcy@kohls.com Oct 21 2010 03:19:01      Kohls,   Attn: Recovery,
                Po Box 3120,   Milwaukee, WI 53201-3120
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
aty*          +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mjerdine          Page 2 of 2          Date Rcvd: Oct 20, 2010
Case: 09-12030                Form ID: pdf006         Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2010**                    **Signature:**    *Joseph Speetjens*